UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 19-16274 |
| KENNETH PAKMAN | : | |
| Debtor | : | Chapter 13 |

ENTRY OF APPEARANCE AND REQUEST
FOR SERVICE OF PAPERS, RECEIPT OF
NOTICES, AND INCLUSION ON NOTICE LIST

TO THE CLERK OF THE BANKRUPTCY COURT:

PLEASE TAKE NOTICE that the undersigned law firm is counsel for a party in interest in the above-captioned case, and, pursuant to Bankruptcy Rules 2002 and 9007, our client respectfully requests that all notices given or required to be given in this case and in any adversary proceedings by the Court, the Debtors, any Creditors' Committee, any Trustee, the United States Trustee, any Trustee subsequently appointed, and/or any other party in interest in this case be given to our client and the undersigned counsel at the addresses and to the persons, telephone numbers and telecopier set forth below. This request includes, without limitation, all orders, notices, hearing dates, applications, motions, petitions, pleadings, requests, complaints, demands, replies, answers, schedules of assets and liabilities, statement of affairs, operating reports, plans of reorganization, and disclosure statements, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, delivery service, telephone, telegraph, telex, telecopier, or otherwise:

Branch Banking and Trust Company  
BB&T Business Loan Recovery Dept.  
3750 Brookside Parkway, Ste 150  
Alpharetta, GA 30022-1425  

Attorney and Address:  
Shawn M. Long, Esquire  
Barley Snyder  
126 East King Street  
Lancaster PA 17602  
Telephone No: 717-399-1562  
Email Address: slong@barley.com

7491560

PLEASE TAKE FURTHER NOTICE that client intends that neither this notice of appearance nor any later appearance, pleading, claim or suit shall waive (i) client's rights to have orders in non-core matters entered only after de novo review by a District Judge, (ii) client's right to trial by jury in any proceeding so triable in this case or any other cases, controversies or proceedings related to this case, (iii) client's right to have the District Court withdraw the reference in any matter subject to mandatory or discretional withdrawal, (iv) client's right to have the Bankruptcy Court and the District Court abstain in any matter subject to mandatory or discretionary abstention or (v) any other rights, claims, actions, defenses, set-offs or recoupments to which client is or may be entitled under agreements or in law or in equity, all of which rights, claims, actions, defenses, set-offs and recoupments client expressly reserves.

DATED:  November 13, 2019         By:    */s/ Shawn M. Long, Esquire*
                                         Shawn M. Long, Esquire
                                         Barley Snyder
                                         126 East King Street
                                         Lancaster PA 17602
                                         Telephone No: 717-399-1562

We hereby certify that copies of this Entry of Appearance were served by U.S. First Class Mail, postage prepaid, upon the following entities on the date hereof:

Debtor:
Kenneth Pakman
40 James Drive
Richboro, PA 18954-1413

U.S. Trustee:
U.S. Trustee
200 Chestnut Street, Ste 502
Philadelphia, PA 19106

Trustee:
William C. Miller, Esq.
P.O. Box 1229
Philadelphia, PA 19105

Debtor's Counsel:
Alexander Moretsky
Moretsky Law Firm
2617 Huntingdon Pike
Huntingdon Valley, PA 19006

7491560