# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | : |
| | : |
| | : **Chapter 13** |
| **KENNETH PAKMAN,** | : |
| | : **Case No. 19-16274-AMC** |
| Debtor. | : |
| | : |

## CERTIFICATE OF SERVICE

I, Michael D. Vagnoni, Esquire, attorney for Montgomery County Tax Claim Bureau, hereby certify that on April 21, 2020, a true and correct copy of the Notice of Appearance and Request for Service of Papers in the above captioned case was served electronically via the Court's CM/ECF system or First Class U.S. Mail upon the attached service list.

*/s/ Michael D. Vagnoni*
Michael D. Vagnoni, Esquire

OMC\4833-8664-0570.v1-4/21/20

## **SERVICE LIST**

ALEXANDER MORETSKY, ESQ. as counsel for Debtor, Kenneth Pakman
amoretsky@moretskylaw.com

KENNETH PAKMAN, Debtor
40 James Dr.
Richboro, PA 18954-1413

UNITED STATES TRUSTEE
USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, ESQ., Chapter 13 Trustee
bncnotice@ph13trustee.com

SHAWN M. LONG, ESQ., as counsel for Creditor, Branch Banking and Trust Company
slong@barley.com

PAUL JOSEPH FANELLI, ESQ., as counsel for Creditor, New Residential Mortgage LLC c/o NewRez LLC d/b/a Shellpoint Mortgage Servicing
pfanelli@pincuslaw.com